# ELECTRONIC RECORD

COA # 07-14-00038-CR          OFFENSE: 37.1

STYLE: Priscilla Sanders v. The State of Texas          COUNTY: Swisher

COA DISPOSITION:     REVERSED/RENDER     TRIAL COURT: 242nd District Court

DATE: 03/18/2015          Publish: YES   TC CASE #:     B-4475-12-12

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Priscilla Sanders v. The State of Texas

CCA #: _604-15_

_____SPA'S_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

____Refused____

JUDGE: _____

DATE: ____8/26/15____

SIGNED: _____     PC: _____

JUDGE: ____Per Curiam____

PUBLISH: _____     DNP: _____

Yeary, J. would grant

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**